NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POWER INTEGRATIONS, INC.,**
*Plaintiff-Cross Appellant,*

v.

**FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC. AND FAIRCHILD SEMICONDUCTOR CORPORATION,**
*Defendants-Appellants.*

---

2011-1218, -1238

---

Appeals from the United States District Court for the District of Delaware in case no. 04-CV-1371, Judge Leonard P. Stark.

---

## ON MOTION

---

## ORDER

The parties move for a 25-day extension of time, until May 13, 2011, for Fairchild Semiconductor, et al. to file its principal brief, for an extension of time, until June 22, 2011, for Power Integrations, Inc., to file its response brief, for an extension of time, until August 1, 2011, for

Fairchild Semiconductor, et al., to file its reply brief, and for an extension of time, until August 29, 2011, for Power Integrations to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**APR 1 3 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Frank E. Scherkenbach, Esq.
Blair M. Jacobs, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**APR 1 3 2011**

**JAN HORBALY**
**CLERK**